**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **BRENDA BICKERSTAFF,** | ) CASE NO. 1:14CV831 |
| | ) |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| | ) |
| **VINCENT LUCARELLI,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

The Court has filed its Opinion and Order in the above-captioned matter granting Defendant Lucarelli's Motion for Summary Judgment. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

**DATE: 10/23/15**

                                                  *s/Christopher A. Boyko*
                                                  **HONORABLE CHRISTOPHER A. BOYKO**
                                                  **UNITED STATES DISTRICT JUDGE**